No. A-CV-24-81

April 26, 1982

COURT OF APPEALS OF THE NAVAJO NATION

Robert L. and Oberetta MORTON, Plaintiffs,

vs.

James PORTER, Defendant.

DISMISSAL OF APPEAL

F. D. Moeller, Esq., Farmington, New Mexico for Plaintiffs.

Voluntary dismissal approved by the Chief Justice.

Comes now the plaintiffs, Robert L. Morton and Oberetta Morton, his wife, and dismiss their Appeal, Docket No. A-CV-24-81 in the Court of Appeals of the Navajo Nation and Docket No. SR-CV-64-81 in the Shiprock District Court of the Navajo Nation.